Certificate Number: 05781-MN-DE-041528612

Bankruptcy Case Number: 26-60588

05781-MN-DE-041528612

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 6, 2026, at 11:17 o'clock AM PDT, Daniel Hubbard completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Minnesota.

Date: October 6, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President